IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE SMITH | : | CIVIL ACTION |
| v. | : | |
| RICHARD SMITH, ET AL | : | NO. 02-04008 |

ORDER

      A Settlement Conference in the above-captioned case will be held on Wednesday, November 20, 2002 at 10:30am before the Honorable Linda K. Caracappa, United States Magistrate Judge, in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

      The Court assumes that settlement of this case is a real possibility, and the Court has set aside the entire day for this conference. Parties are to remain present until expressly released by the Court.

      **Counsel are directed to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference**.[1]

      Counsel are further directed to complete the enclosed Settlement Conference Summary to be faxed or mailed to Chambers on or before Wednesday, November 13, 2002.

      **BY THE COURT:**

      Hon. Linda K. Caracappa
      267-299-7640/267-299-5075 Fax

Date: September 24, 2002
cc: Martha Sperling, Esq.
    Kristine Michael, Esq.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case _must_ attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.