```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMIE SMITH                          :        CIVIL ACTION
                                     :
          v.                         :
                                     :
RICHARD SMITH and                    :        NO. 02-4008
BELLA PIZZA II, INC.                 :
```

ORDER

       AND NOW, this     day of January, 2003, upon consideration of the defendant's letter dated January 14, 2003 and the plaintiff's letter dated January 14, 2003, and following a telephone status conference on January 15, 2003, IT IS HEREBY ORDERED that:

       1.   The withdrawal of Kristine Michael as counsel for the defendant, Richard Smith, will not be allowed until after the parties reach an agreement on how they will comply with the Court's Scheduling Order of September 16, 2002.

       2.   Counsel for the parties are to reach an agreement to complete the discovery that the parties believe must occur before a settlement conference so that the settlement conference scheduled with United States Magistrate Judge Linda Caracappa can proceed as scheduled on January 21, 2003.

       3.   A two week extension of the discovery deadline of January 31, 2003 is granted, and all discovery shall proceed

forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by February 14, 2003.  Regarding extensions of other dates in the Court's Scheduling Order of September 16, 2002, the Court will consider extensions that have been agreed to by the parties.

                BY THE COURT:

                _____
                MARY A. McLAUGHLIN, J.