IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMIE SMITH                             :         CIVIL ACTION
                                        :
         vs.                            :
                                        :         NO. 02-4008
RICHARD SMITH, et al.

## O R D E R

**AND NOW, TO WIT:** This 3rd day of February, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: _____
    Carol D. James,
    Deputy Clerk

Civ 2 (7/95)
41(b).frm